Exhibit 110

Miscellaneous Costs

**APPEAL COSTS DIVORCE**

| | | |
|---|---|---|
| $207.52 | Copies for appeal | September 28, 2020 |
| $36.24 | Postage to mail appeal to everyone | September 29, 2020 |
| $24.00 | 4TH Judicial Court | September 30, 2020 |
| $500.00 | Supreme Court of Nevada - Bond | September 30, 2020 |
| $250.00 | Supreme Court fee | September 30, 2020 |
| $400.00 | 800 mile round trip to Elko and back | ? |
| $400.00 | 800 mile round trip to Elko | October 19, 2020 |
| $200.00 | to file Motion for Summary Judgment | October 19, 2020 |
| $4,500.00 | to Order transcripts | October 20, 2020 |
| $160.33 | Copies Sevier School and Office | October 20, 2020 |
| $30.50 | to mail records to NV supreme court | October 20, 2020 |
| $20.10 | Postage | October 26, 2020 |
| $75.10 | Postage | October 26, 2020 |
| $15.50 | Postage | October 27, 2020 |
| $20.00 | copies | October 29, 2020 |
| $18.20 | postage | October 29, 2020 |
| $10.75 | postage | October 30, 2020 |
| $7.68 | postage | October 30, 2020 |
| $8.75 | copies | November 10, 2020 |
| $20.33 | postage | November 10, 2020 |
| $10.15 | postage | November 10, 2020 |
| $48.14 | copies | November 18,2020 |
| $24.90 | postage | November 18, 2020 |
| $34.09 | postage | November 18, 2020 |
| $48.14 | copies | November 18, 2020 |
| $95.00 | check for summary judgment | November 18, 2020 |
| $74.33 | Copies | November 30,2020 |
| $48.45 | Mail | November 30, 2020    $7,173.77 |

| $13.13 | copies | December 10, 2020 | |
| $31.00 | mail | December 10, 2020 | |
| $191.45 | copies | December 14, 2020 | |
| $8.62 | copies | December 15, 2020 | |
| $63.30 | mail | December 15, 2020 | |
| $31.50 | mail | December 15, 2020 | |
| $200.00 | Motion for Summary Judgment | December 15, 2020 | |
| 74.33 | copies | 11/30,2020 | |
| 48.45 | mail | 11/30/2020 | |
| 22.63 | copies | 12/1/2020 | |
| 7.75 | mail | 12/1/2020 | |
| 15.50 | mail | 12/2/2020 | |
| 18.67 | copies | 12/7/2020 | |
| 7.75 | mail | 12.8.2020 | |
| 13.13 | copies | 12/9/2020 | |
| 35.80 | copies | 12/9/2020 | |
| 31.00 | mail | 12/10/2020 | |
| 2.99 | copies | 12/11/2020 | |
| 14.25 | mail | 2/11/2020 | |
| 191.45 | copies | 12/14/2020 | |
| 8.65 | copies | 12/15/2020 | |
| 7.05 | copies | 12/16/2020 | |
| 12.49 | copies | 12/17/2020 | |
| 18.09 | copies | 12/17/2020 | |
| 15.50 | mail | 12/17/2020 | |
| 15.50 | mail | 12/17/2020 | |
| 24.60 | mail | 12/18/2020 | |
| 15.50 | mail | 12/19/2020 | |
| 15.50 | mail | 12/21/2020 | $8,2978.36 |

| | | |
|---|---|---|
| 34.96 | copies | 1/04/2021 |
| 36.15 | mail | 1/04/2021 |
| 27.50 | mail | 1/04/2021 |
| 11.24 | mail | 1/04.2021 |
| 15.50 | mail | 1/05/2021 |
| 5.32 | copies | 1/08/2021 |
| 15.50 | mail | 1/08/2021 |
| 23.25 | mail | 1/12/2021 |
| 11.60 | mail | 1/12/2021 |
| 2.83 | copies | 1/13/2021 |
| 7.75 | mail | 1/13/2021 |
| 11.70 | copies | 1/19/2021 |
| 5.55 | mail | 1/20/2021 |
| 2.24 | copies | 1/21/2021 |
| 24.85 | mail | 1/21/2021 |
| 2.67 | copies | 1/26/2021 |
| 15.90 | mail | 1/26.2021 |
| 33.28 | copies  & binders | 2/2/2021 |
| 43.10 | copies & tabs | 2/11/2021 |
| 31.40 | mail | 2/11/2021 |
| 11.78 | copies | 2/12/2021 |
| 23.85 | mail | 2/12/2021 |
| 500. | Trip to Elko to file Brief | 2/28/2021 |
| 58.98 | copies Sevier School | 3/2/2021 |
| 18.75 | copies Sevier Office | 3/4/18.75 |
| 40.06 | copies | 3/18/2021 |
| 31.00 | mail | 3/19/2021 |
| 15.90 | mail | 3/20/2021 |
| 250.00 | Appeal to Nevada Supreme Court | 4/2/2021 | $9,614.16 |

| | | |
|---|---|---|
| 24.00 | Elko County Clerk's Office | 4/2/2021 |
| 500.00 | Elko County Clerk's Office | 4/2/2021 |
| 10.35 | postage | 4/27/2021 |
| 4.70 | copies | 4/27/2021 |
| $400.00 | Elko round trip to file | 3/28/2021 |
| $120.00 | Food for two day trip | 3/28/2021 |
| 55.86 | room Elko | 3/28/2021 |
| 68.96 | ins for Wilmington trip | 3/31/2021 |
| 1,199.33 | package air car hotel Wilmington | 3/31/2021 |
| 11.95 | postage | 4/3/2021 |
| 4.43 | copies Sevier School and Office  SSO | 4/5/2021 |
| 23.85 | postage | 4/5/2021 |
| 1.12 | copies  SSO | 4/7/2021 |
| 4.00 | copies  SSO | 4/8/2021 |
| 3.60 | postage | 4/8/2021 |
| 5.60 | postage | 4/9/2021 |
| 1.20 | postage | 4/15/2021 |
| 11.48 | copies SSO | 4/21/2021 |
| 17.90 | postage | 4/22/2021 |
| 7.42 | copies SSO | 4/28/2021 |
| 17.32 | food Ereka café in Mesquite QWasilewski | 4/29/2021 |
| 36.32 | food Binon's | 4/29/2021 |
| 55.64 | HHAGO breakfast | 4/30/2021 |
| 31.64 | Plaze room | 5/01/2021 |
| $300.00 | milage down and back | 4/30/2021 |
| 14.35 | postage | 5/03/2021 |
| 8.15 | postage | 5/03/2021 |

$12,583.28

| | | | |
|---|---|---|---|
| 2.56 | copies SSO | 5/17/2020 | |
| 4.80 | postage | 5/18/2020 | |
| 9.25 | postage | 5/18/2021 | |
| 24.00 | 4th Dist. Court. Appeal | 5/18/2021 | |
| 500.00 | 4th Dist Court Appeal | 5/18/2021 | |
| 250.00 | Nevada Supreme Court Clerk | 5/18/2021 | |
| 7.27 | SSO copies | 6/2/21 | |
| 16.45 | postage | 6/2/2021 | |
| 1.92 | copies | 6/3/2021 | |
| 2.80 | postage | 6/3/2021 | |
| 55.00 | postage | 6/4/2021 | |
| 5.76 | SSO copies | 6/7/2-021 | |
| 42.25 | postage | 6/7/2021 | |
| 11.42 | SSO copies | 6/10/2021 | |
| 102.19 | PDF FILLER for documents | 6/8/2021 | |
| 8.71 | postage | 6/10/2021 | |
| 16.10 | postage | 6/10/2021 | |
| $38.00 | copies sso | 6/14/2021 | |
| 17.03 | copies sso | 6/14/2021 | |
| 120.00 | fuel for vegas trial | 6/15/2020 | |
| $34.65 | food | 6/15/2021 | |
| 62.38 | room vegas | 6/18/2021 | |
| 26.48 | copies | 6/21/2021 | |
| 7.95 | postage | 6/21/2021 | |
| 7.95 | postage | 6/22/2021 | |
| 121.66 | ink Walmart | 7/5/2021 | |
| 40.00 | copies sherriff office | 6/22/2021 | |
| 5.23 | copies sso | 6/25/21 | $14,125.42 |

| | | | |
|---|---|---|---|
| 31.80 | postage | 6/24/2021 | |
| 13.29 | walmart paper | 6/23/21 | |
| 15.91 | Wendover to see PS&C 500 miles | 7/1/21 | |
| 250.00 | miles at $/50 p/m | 7/1/2021 | |
| 2.56 | copies sso | 7/2/21 | |
| 15.90 | postage | 7/3/2021 | |
| 10.78 | copies sso | 7/6/2021 | |
| 5.82 | copies sso | 7/9/2021 | |
| 57.63 | office supplies office depot | 7/11/21 | |
| 5.18 | copies sso | 7/19/21 | |
| 1.50 | postage | 7/17/21 | |
| 37.40 | postage | 7/20/2021 | |
| 49.64 | copies sso | 7/25/2021 | |
| 2.40 | usps | 7/26/2021 | |
| 15.85 | copies | 7/27/2021 | |
| 7.20 | usps | 2/27/2021 | |
| 27.44 | " | 2/28/2021 | |
| 4.15 | usps | 7/28/2-21 | |
| 7.60 | paprer | 7/29/2021 | |
| 41.44 | ink | 7/29/2021 | |
| 2.00 | usps | 7/30/2021 | |
| 119.47 | copies | 8/4/2021 | |
| 21.90 | usps | 8/4/2021 | |
| 7.95 | paper | 8/4/2021 | |
| 48.66 | ink & binder | 8/4/2021 | |
| 2.88 | copies sso | 8/9/21 | |
| 4.00 | postage | 8/9/21 | |
| 1.20 | copies | 8/10/21 | |
| 1.07 | copies sso | 8/12/21 | $14,938.04 |

| | | | |
|---|---|---|---|
| 1.40 | | usps | 8/12/21 |
| 1.40 | | usps | 8/12/21 |
| 14.89 | | copies sso | 8/18/21 |
| 15.60 | | usps | 8/18/21 |
| | 5.12 | sso | 8/24/21 |
| 2.80 | | psps | 8/25/21 |
| 4.00 | | usps | 8/25/21 |
| 56.28 | | walmart paper thumbdrives | 8/25/21 |
| 2.20 | | usps | 8/25/21 |
| 7.69 | | sso | 8/30/21 |
| 7.70 | | usps | 8/30/21 |
| 4.27 | | sso | 9/3/21 |
| 5.08 | | usps | 9/3/21 |
| 24.01 | | sso | 9/7/21 |
| 7.95 | | usps | 9/10/21 |
| 29.89 | | sso | 9/18/21 |
| 9.04 | | sso | 9/20/21 |
| 8.75 | | sso | 9/20/2021 |
| 15.90 | | usps | 9/20/2121 |
| 18.56 | | upps | 9/13/21 |
| 14.09 | | sso | 10/04/21 |
| 56.31 | | sso | 10/4/2020 |
| 21.45 | | usps | 10/4/21 |
| 18.60 | | upsp | 10/4/21 |
| 4.70 | | sso | 10/7/01 |
| 12.39 | | usps | 10/7/21 |
| 37.68 | | sso | 10/11/21 |
| 4.30 | | usps | 10/12/21 |
| 85.10 | | usps | 10/12/21 | $15,426.98 |

| | | | |
|---|---|---|---|
| 49.79 | Walmart binders, paper dividers | 10/14/2021 | |
| 38.94 | sso | 10/18/21 | |
| 30.10 | sso | 10/18/21 | |
| 38.10 | usps | 10/18/21 | |
| 4.36 | sso | 10/19/21 | |
| 34.59 | sso | 10/21/21 | |
| 64.39 | sso | 10/21/21 | |
| 30.74 | sso | 10/22/21 | |
| 17.29 | cco | 10/25/2021 | |
| 11.53 | sso | 10/25/2021 | |
| 3.31 | sso | 10/28/2021 | |
| 16.39 | sso | 11/08/2021 | |
| 28.46 | USPS | 11/28/2021 | |
| 3.20 | sso | 11/08/2021 | |
| 10.26 | USPS | 11/9/2021 | |
| 5.87 | sso | 11/10/2021 | |
| 225.00 | S & K Transcriptions | 11/8/2021 | |
| 1.76 | sso | 11/12/2021 | |
| 3.12 | USPS | 11/12/2021 | |
| 8.70 | USPS | 11/12/2021 | |
| 13.98 | sso | 11/15/2021 | |
| 6.99 | sso | 11/18/2020 | |
| 19.70 | USPS | 11/18/2020 | |
| 18.79 | sso | 16/6/2021 | |
| 8.70 | usps | 12/7/2021 | |
| 4.54 | sso | 12/8/2021 | |
| 5.20 | usps | 12/9/2021 | |
| 4.45 | usps | 12/09/2021 | |
| 26.36 | walmart, paper emvelopes | 12/9/2021 | $16,09.96 |

| | | | |
|---|---|---|---|
| 61.50 | usps | 12/20/2021 | |
| 5.39 | sso | 12/21/2021 | |
| 9.05 | usps | 12/21/2021 | |
| | | | |
| 21.75 | 6TH DISTRICT COURT copies/CD | 11/30/2021 | |
| 24.40 | USPS | 12/01/2012 | |
| 15.00 | 6th District Court CDs | 12/26/2021 | |
| 9.58 | upsp | 12/24/2021 | |
| 16.85 | sso | 12/27/2021 | |
| 9.31 | usps | 12/30/2021 | |
| 1.92 | sso | 12/30/2021 | |
| 9.98 | sso | 1/2/2022 | |
| 240.00 | Sevier Court appeal foreign judmnt | 1/3/2022 | |
| 300.00 | "            "            " | 1/3/2020 | |
| **302.00** | **Lindsay A. Payseur Transcripts of Hearing Richfield on foreign Judgment** 1/12/2022 | | |
| 3.12 | usps | 1/5/2022 | |
| 13.83 | sso | 1/12/2022 | |
| 1,150 | Cockle legal briefs supreme court appeal 1/25/2021 | | |
| 4.50 | usps | 2/11/2022 | |
| 300.00 | Lisa Mendez | 2/14/2022 | |
| 9.45 | usps | 2/22/2022 | |
| 8.94 | usps | 2/25/2022 | |
| 8.95 | usps | 2/28/2022 | |
| 1.94 | usps | 3/1/2020 | |
| 9.65 | usps | 3/11/2020 | |
| 1.36 | usps | 3/14/2022 | |
| 98.37 | sso  ink, copies | 3/22/2022 | |
| 8.40 | sso codpies | 3/23/2022 | |
| 8.94 | ssp | 3/28/2022 | $18,815.15 |

| | | | | | |
|---|---|---|---|---|---|
| 4.27 | sso | | 4/1/2022 | | |
| 2.72 | usps | 4/11/2020 | | | |
| 13.29 | sso | 4/18/2022 | | | |
| 8.95 | usps | 4/22/2022 | | | |
| 12.06 | sso | 4/25/2022 | | | |
| 240.00 | utah supreme ct | 4/25/2022 | | | |
| 18.62 | usps | 4/25/2022 | | | |
| 4.91 | usps | 4/26/2022 | | | |
| 939.71 | Jared Peterson | 4/28/2022 | | | |
| 68.87 | Walmart/ink/paper | 4/30/2022 | | | |
| 275.36 | sso, copies/scans | 5/5/2022 | | | |
| 26.70 | usps | 5/6/2022 | | | |
| 6.29 | usps | 5/7/2022 | | | |
| 1.49 | sso | 5/10/2022 | | | |
| 10.51 | usps | 5/11/2022 | | | |
| 100.00 | consult legal | 5/12/2022 | | | |
| 100.00 | consult legal | 5/12/2022 | | | |
| 81.61 | sso | 5/16/2022 | | | |
| 100.00 | consult legal | 5/16/2022 | | | |
| 294.00 | Zions Bank Cashiers check Angela Carithers | | 6/14/2020 | | Transcript NC |
| 2.94 | sso | 5/25/2022 | | | |
| 10.71 | USPS | 5/24/2022 | | | |
| 2.94 | ss0 | 5/24/2022 | | | |
| 68.51 | Walmart ink pper | 5/25/2022 | | | |
| 14.15 | usps | 6/2/2022 | | | |
| 9.30 | usps | 5/25/2024 | | | |
| 14.16 | usps | 6/2/2022 | | | |
| 6.01 | usps | 6/6/2022 | | | |

| | | | |
|---|---|---|---|
| 24.61 | usps | 6/6/2022 | $21,277.84 |
| 18.30 | usps | 6/13/2020 | |
| 5.86 | usps | 10.51 | |
| 6.01 | usps | 6/6/2022 | |
| 24.61 | usps | 6/06/2022 | |
| $18.30 | usps | 6/13/2022 | |
| 10.51 | usps | 6/21/2022 | |
| $365.00 | Deuove Acton & Stafford 7/11/2022 | | consult NC with Derick Alder on Cooper |
| 370.00 | Blue Bee Bankruptcy 7/12/2022 | | Bankruptcy to stop attaching my home. |
| 3,750 | Blue Bee Bankruptcy 7/18/2022 | | Bankruptcy filing. |
| 183.75 | Jared Peterson | 7/8/2022 | attorney |
| 365.00 | Devore Action | 7/11/2022 | transcripts |
| 4.06 | sso | 7/18/2022 | copies |
| 20.00 | sso | 7/18/2020 | scans of exhibits. appendix |
| 2.64 | usps | 7/19/2020 | mail |
| 26.80 | usps | 7/22/2022 | Mail |
| 9.45 | usps | 7/29/2022 | mail |
| 49.99 | sso | 8/5/2022 | scan exhibits appendix |
| 4.25 | sso | 8/5/2022 | copies |
| $375.00 | 4th dist Court Heideman 8/16/2022 | | suit |
| 20.00 | 6th court | 8/17.2022 | CD |
| 17.45 | sso | 8/19/2022 | copies |
| 4.16 | usps | 8.19/2022 | mail |
| 62.65 | usps | 8/23/2022 | mail subpoenas |
| 834.11 | Princeton Transcripts | 9/1/2022 | Transcripts for Heideman and 6th district court |
| 49.16 | sso | 9/6/2020 | scan Amens Appendix. |

# $28,009.04  Total to this point

| | | |
|---|---|---|
| 394.37 | Princeton Transcripts | 9/5/2022 |
| 32.03 | sso      copies | 9/21/2022 |
| 26.64 | Walmart thumb drives | 9/21/2022 |
| 6.83 | sso      copies | 9/26/2022 |
| 6.90 | 11th Jud. Ct.      filing | 9/26/2022 |
| 230.00 | 11th jud ct.      filing | 9/26/2022 |
| 5.00 | efiling | 9/26/2022 |
| 10.90 | usps           mailing | 9/27/2022 |
| 86.90 | sso      scans and copies | 9/28/2022 |

# 28,808.61

| | | | |
|---|---|---|---|
| 5.00 | Tybera NV Amens | 9/26/2022 | Amens Complaimnt |
| 236.90 | 11th Nv Dst. Crt | 9/26/2022 | Amens Complaimnt |
| !.50 | Tybera | 9/28/2022 | Amens Complaint |
| 70.00 | PayPal | 9/29/2022 | Service Montana |
| 8.78 | usps | 10/2.2022 | |
| 9.90 | usps | 10/12/2022 | |
| 1.81 | sso copies | 10/16/2022 | |
| 182.00 | Blue Bee Bankruptcy | 10/19/2022 | |
| 369.25 | Jared Peterson attorney fees | 10/21/2022 | |
| 250.00 | Nevada Supreme Court | 10/27/2022 | Petition for Review |
| 2.94 | sso copies | 10/28/2022 | |
| 1,548.00 | 11th district court | 10/30/2022 | deposits for out of state defendants |
| 45.00 | 11th district court | 11/01/2022 | Amens case |
| 1,500.00 | 11th district court | 11/1/14/2022 | Amens case. Trust for defendant's |
| 29.60 | Walmart | 11/1/2022 | flash drives and paper |
| 3.80 | sso copies | 11/3/2022 | |
| 5,000 | blue bee | 11/5/2022 | bankruptcy attorney |

## $37,656.15

| | | | |
|---|---|---|---|
| 11/22/2022 usps mailing | | 11/22/2022 | |
| 255.00 | Washoe 2nd court | 12/1/2023 | filing fee |
| 320.00 | Washoe 2nd jury fee | 12/1/2022 | |
| 30.74 | sso | 12/2/2022 | copies and scans |
| 9.90 | USPS | 12/3/2022 | mailing |
| 9.29 | sso | 12/4/2022 | copies |
| 73.50 | Utah County Sheriff | 12/5/2022 | service of Howell for Nevada suit. |
| 61.90 | TFS | 12/6/2022 | for bankruptcy on judgment |
| 43.71 | sso | 12/6/2022 | scans and copies |
| 12.12 | | 12/7/2022 | Jared Peterson attorney |
| 9.25 | efile | 12/9/2022 | Amens Case |
| 73.68 | efile | 12/9/2022 | Amens case |
| 761.00 | Nye County Clerk | 12/12/2022 | Amens |
| 24.45 | USPS | 12/13/2022 | |
| 34.22 sso | | 12/14/2022 | |
| 45.80 | sso | 12/13/2020 | copies and scans |
| 300.00 efiling 1 year fee | | 12/14/2022 | |
| 10.85 | usps | 12/19/2022 | |
| 78.00 check washoe sheriff | | 12/19/2022 | servive meador complaints |
| 32.47 | fuel to file against estes vegas | 1/26/2023 | |
| 402.00 file against estes | | 1/26/2023 | |
| 31.76 | fuel to file | | |
| 52.31 | fuel to file | 1/26/2023 | |
| 57.29 sevier co sheriff to serve bagley and cort 1/26/2023 | | | |
| 30.69 fuel to file | | 1/27/2-23 | |
| 88.14 | usps mailing | 1/27/2023 | |
| 17.47 | usps | 1/27/2023 | |

# $40,554.66

| 11.15 | usps | 1/27/2023 |
|---|---|---|
| 14.61 | fuel to battle mt. hearing | 1/18/2023 |
| 38.31 | food battle montain | 1/18/2023 |
| 33.31 | fuel to battle mtn. | 1/18/2023 |
| 30.00 | cd Richfield court | 1/21/2023 |
| 20.04 | fuel battlemountain | 1/20/2023 |
| 402.00 | file against mower | 1.24/2023 |
| 402.00 | file against Faust | 1/24/2023 |
| 65.93 | and scans copies ssof | 1/24/2023 |
| 62.70 | motel elko for battle mtn hearing | 1/16/2023 |
| 97.44 | room for battle mountain hearing | 1/17/2023 |
| 113.88 | room battle mountain | 1/18/2023 |
| 17.73 | fuel battle mountain | 1/18/2023 |
| 5.96 | usps | 1/04/2023 |
| 61.99 | withdrawal to pay bankruptcy lauara | 1/04/2023 |
| 10.19 | ssos | 1/04/2023 |
| 114.76 | copies ssos 1/10/202341 | |
| 21.04 | ssos | 05/03/23 |
| 1,207.54 | transcripts 6th hearings | 2/20/2023 |
| 17.56 | ssos | 05/03/23 |
| 39.98 | Legal Docs .com 60(b)(6) | 05/08/23 |
| 1.07 | ssos | 05/11/23 |
| 30.32 | 6th Dist ciourt | 05/16/23 |
| 303.01 | ssos scans and copies | 05/06/23 |
| 71.66 | usps | 05/18/23 |
| 41.62 | ssos | 05/21/23 |
| 67.52 | ssos | 05/26/23 |

# $43,827.85

| | | |
|---|---|---|
| 29.02 | ssos 05/ | 05/27/23 |
| 68.66 | usps | 05/27/23 |
| 12.90 | usps | 05/31/23 |
| 30.16 | ssos scans and prints | 06/02.23 |
| 5.74 | ssos | 6/2/23 |
| 145.07 | ssos scans | 6/4/23 |
| 11.15 | usps | 6/6/23 |
| 42.00 | usps | 6/21/23 |
| 4.90 | court copies | 6/21/23 |
| 23.06 | ssos | 6/22/23 |
| 10.oo | ssos | 6/22/23 |
| 44.04 | court copies | 6/23/23 |
| 29.58 | usps | 6/24/23 |
| 9.65 | usps | 6/24/23 |
| 1.28 | ssos | 6/25/23 |
| 4.50 | usps | 6/28/23 |
| 77.56 | usps | 6/29/23 |
| 16.92 | ssos | 7/2/23 |
| 167.39 | Carlton Way transcripts | 7/5/23 |
| 19.30 | usps | 7/5/23 |
| 36.03 | ssos | 7/6/23 |
| 60.00 | Law-Just answer | 7/7/23 |
| 15.00 | ssos | 7/13/23 |
| 3.89 | usps | 7/18/23 |
| 31.44 | ssos | 7/18/23 |
| 41.15 | ssos | 7/19/23 |
| 402.00 | U.S. Court Goble Complaint | 7/21/23 |

# $45,170.50

| 4.91 | "" "" | 7/21/23 | |
|------|-------|---------|---|
| 36.05 | ssos | 7/21/23 | |
| 13.18 | usps | 7/22/23 | |
| 25.20 | Sevier Courts copies | 7/25/23 | |
| 11.72 | usps | 7/26/23 | |
| 84.33 | ssos scans | 7/26/2023 | |
| 14.33 | usps | 7/31/23 | |
| 58.00 | usps | 8/7/23 | |
| 6.79 | ssos    copies | 8/9/2023 | |
| 11.24 | usps | 8/12/23 | |
| 8.56 | usps | 8/15/23 | |
| 5.25 | usps | 8/15/23 | |
| 19.30 | usps | 8/24/23 | |
| 15.30 | usps | 8/24/23 | |
| 13.23 | ssos | 8/24/23 | |
| 1.59 | ssos | 8/24/23 | |
| 44.35 | usps | 8/25/23 | $46,962.45 Total |
| 9.00 | Court 6th dist copies | 9/19/23 | |
| 19.68 | ssos copies | 9/26/2023 | |
| 1,500.00 | 3 Bond checks for appeal | | |
| $759.00 | 3, checks to Elko Court for appeal | | |
| $75.00 | 3 checks to NV Supreme Court for appeal | | |
| 8.06 | ssos copies | 10/5/23 | |
| 15.23 | ssos copies | 10/11/23 | |
| 17.63 | usps | 10/12/23 | |
| 4.16 | ssos copies | 10/12/23 | |
| 13.64 | usps | 10/12/23 | 47,883.52 |

| | | | |
|---|---|---|---|
| 7.26 | ssos copies | 10/13/23 | |
| 15.00 | court cd | 10/19/23 | |
| 9.65 | usps | 10/21/23 | |
| 97.14 | ssos copies and scans | 10/26/23 | |
| | | | |
| 3.63 | ssos copies | 11/6/2023 | |
| 34.99 | usps | 11/4/2023 | |
| 12.44 | ssos copies | 11/4/2023 | |
| 20.95 | tokio ona food elko | 10/8/2023 | |
| 20.54 | food JCWs | 10/8/2023 | $48,105.12 |
| 375.00 | 750 mile round trip to Elko to file papers @ $.50, per mile 11/7/2023 | | |
| 25.00 | Appeal to 4th Dist Elko | 11,10,2023 | |
| 500.00 | bond to Elko for appeal | 11/10/2023 | |
| 250.00 | to NV SP CRT for appeal | 11/10/2023 | |
| 17.22 | usps | 11/11/2023 | |
| 4.78 | ssos copies | 11/12/2023 | |
| 2.92 | ssos copies | 11/15/2023 | |
| 275.00 | Elko Court file Complaint | 11/16/2023 | |
| 61.50 | copies Elko Court file Complaint | 11/16/2023 | |
| 11.30 | usps | 11/17/2023 | |
| 375.00 | 750 mile round trip to Elko to file papers @ $.50, per mile 11/17/2023 | | |
| 17.00 | service of summons elko | 11/17/2023 | |
| 75.00 | service of summons reno | 11/17/2023 | |
| 18.26 | meal red garder wendover | 11/17/2023 | |
| 250.00 | file complaint elko | 11/17/2023 | |
| 109.04 | room Wendover | 11/17/2023 | |
| 12.95 | meal JCWs | 11/18/2023 | $50,410.07 |
| 33.63 | ssoc, scans | 11/29/2023 | $50,443.70 |
| 4.90 | usps | 11/28/2023 | |

| | | | |
|---|---|---|---|
| 33.63 | ssos scans | 11/29/2023 | |
| 11.96 | USPS | 12/6/23 | |
| 1.47 | ssos scans | 12/6/2023 | |
| 13.61 | usps | 12/7/2023 | |
| 15.32 | usps | 12/19/2023 | |
| 11.96 | usps | 12/19/2023 | |
| 4.74 | ssos | 12/20/2023 | $50,536,39 |
| 23.52 | usps | 12/22/2023 | |
| 19.30 | usps | 12/22/2023 | |
| 5.02 | ssos | 12/22/2023 | |
| 19.30 | usps | 12/23/2023 | |
| 4.86 | ssos | 12/24/2023 | |
| 21.96 | usps | 12/27/2023 | |
| 7.62 | ssos | 12/28/2023 | |
| 16.53 | usps | 12/29/2023 | |
| 43.60 | ssos | 1/3/2023 | |
| 11.05 | ssps | 1/4/2023 | |
| 11.53 | ssos | 1/5/2023 | |
| 84.24 | usps | 1/12/2023 | |
| 9.65 | usps | 1/17/2023 | |
| 29.55 | usps | 1/23/2024 | |
| 79.05 | ssos scans | 2/4/24 | |
| 9.85 | usps | 2/6/24 | |
| 3.84 | ssos copies | 2/6/24 | |
| 9.85 | usps | 2/7/24 | |
| 18.41 | ssos copies | 2/8/24 | |
| 143.31 | Jared Peterson attny | 2/9/24 | |
| 4.06 | ssos copies | 2/9/24 | |
| 20.76 | usps | 2/10/24 | |

| | | | |
|---|---|---|---|
| 34.20 | usps | 2/11/24 | 51,137.19 |
| 2.99 | ssos | 2/11/24 | |
| 9.85 | usps | 2/15/24 | |
| 19.20 | usps | 03/04/24 | |
| 2.56 | ssos | 03/05/24 | |
| 9.85 | usps | 3/6/24 | |
| 19.70 | ssos | 3/6/24 | |
| 9.85 | usps | 3/7/24 | |
| 17.65 | usps | 3/15/2024 | |
| 6.83 | ssos | 3/15/2024 | |
| 9.85 | usps | 3/23/24 | |
| 5.00 | ssos | 3/24/24 | |
| 12.40 | usps | 3/26/24 | |
| 3.19 | ssos | 3/26/26 | |
| 9.85 | usps | 4/04/24 | |
| 12.33 | ssos | 4/11/2024 | |
| 9.61 | ssos | 4/12/24 | |
| 2.56 | ssos | 4/12/24 | |
| 12.80 | ssos | 4/14/24 | 52,530.74 |
| 11.89 | usps | 4/23/24 | |
| 3.68 | ssos | 4/23/24 | |
| 11.72 | usps | 4/25/2024 | |
| 11l72 | ssos | 4/25/24 | |
| 11.72 | usps | 4/25/24 | |
| 29.55 | usps | 4/25/24 | |
| 2.40 | ssos | 4/25/24 | |
| 78.80 | usps | 4/26/2024 | |
| 10.65 | ssos | 4/26/24 | |
| 9.85 | usps | 4/27/2024 | 52,679.23 |

| | | | |
|---|---|---|---|
| 26.95 | usps | 4/28/24 | |
| 8.59 | ssos | 4/28/2024 | |
| 48.18 | Tokio Ona Elko dinner for travel to Elko to file police report 4/28/2024 | | |
| 69.00 | Stay Express Elko | 4/29/2024 | |
| 19.92 | Yoki Ona breakfast | 4/30/2024. | |
| 400.00 | travel to and from Elko 4/28/2024. | | |
| 837.75 | Attorney fees Jared Peterson  5/15/2024 | | |
| 39.40 | usps | 5/2/24 | |
| 9.85 | usps | ı 5/2/24 | |
| 53.91 | ssos | 5/2/24 | |
| 9.85 | ssos | 5/3/2024 | |
| 7.05 | ssos | 5/4/2024 | |
| 40.00 | usps | 5/3/2024 | |
| 25.70 | usps | 5/4/24 | |
| 20.25 | usps | 5/7/2-24 | |
| 4.96 | ssos | 7/7/2-24 | |
| 35.04 | usps | 5/14/24 | 55,186.40 |
| 15.53 | ssos | 5/14/2024 | |
| 21.33 | usps | 5/15/2024 | |
| 23.49 | ssos | 5/16/2024 | |
| 15.10 | usps | 5/21/2024 | |
| 23.92 | usps | 5/21/2024 | |
| 12.33 | ssos | 5/21/2024 | |
| 4.48 | ssos | 5/21/2024 | |
| 11.96 | usps | 5/22/24 | |
| 1.71 | ssos | 5/23/2024 | |
| 13.11 | usps | 5/24/2024 | |
| 25.36 | usps | 5/24/2023 | |
| 1.28 | ssos | 5/24/2023 | 55,356.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9.85 | usps | 5/31/2024 | | | |
| $300.-00 | Lisa Mendez | 6/4/2024 | consultation | | |
| 9.85 | usps | 6/6/24 | | | |
| 837.75 | Jared Peterson | 6/8/2024 | att fees | | |
| 39.40 | usps | 6/11/24 | | | |
| 9.85 | usps | 6/11/2024 | | | |
| 9.07 | ssos | 6/11/2024 | | | |
| 9.85 | usps | 6/12/2024 | | | |
| 300.00 | Lisa Mendz | 6/19/2024 att consultation | | | |
| 59.03 | ssos copies | 6/20/24 | | | |
| 74.56 | ssos copies | 6/20/2024 | | | |
| 250.00 | Supreme Ct | 6/22/2024 | | | |
| 38.43 | ssos copies | 6/25/2024 | | | |
| 9.96 | food to file | 6/25/2044 | | | |
| 117.00 | Reno Carson | 6/25/2024 | process service | | |
| 14.00 | usps | 6/26/2024 | | | |
| 405.00 | U.S Court NV | 6/26/2024 | filed suit | | |
| 41.81 | foof to file | 6/26/2024 | | | |
| 5.00 | Office depot copies 6/26/2024 | | | | |
| 225.71 | room reno | 6/26/2024 | | | 58,103.20 |
| 74.75 | room elko | 6/27/2024 | | | |
| 923.50 milage 1,230 to reno and back  6/27/2024 | | | | | |
| 39.02 | usps | 6/28/2024 | | | |
| 2.99 | ssos | 6/28/2024 | | | |
| 13.02 | ssos | 6/28/2024 | | | |
| 7.69 | ssos | 6/30/2024 | | Total $ | $59,164.17 |
| 9.85 | usps | 7/05/24 | | | |
| 71.25 | usps | 7/07/24 | | | |
| 22.00 | Reno Carson process Service 7/13/2024 | | | | |

9.85            usps            9/16/2024

25.41          ssos      copies  9/16/2024

11.89          usps            7/16/24

12.72          usps            7/27/2024

43.75          usps            7/30/2024                              $59,359.04

Minus attorney fees for Lisa Mendez        $600.00

and Jared Peterson                              $2,465.01          Total    $58,512.99

3.03      copies Bnk ruptcy Ct.      8/27/2024

$160.00  U.S. Bank Ruptcy Ct. ^ @ $.50  8/27/2024

9.85            usps            8/2/2024

15.03          usps            8/5/2024

2.67            ssos            8/6/2024

24.75          usps            8/9/2024

21.16          usps            1/18/2024          Total $58,749.48

17.62.         usps            9/4/2024

28.25          usps            9/4/2024

40.80          usps            9/9/2025

36.09          ssos            9/18/2024

12.16          usps            9/20/2020

9.85            usps            9/20/2024

5.92            ssos            9/22/2024

8.33            ssos            9/24/2024

30.42 Star Hotel Elko, Dinner    9/25/2024

79.35 Stay Express Elko        9/25/2024

40.40    dinner Nuggett Reno    9/26/2024

44.68    Room nugget Reno      9/27/2024

12.72    Burger King Elko        9/26/2024

670.00  milage @ .50 round trip to Reno to straighten out filing problems 9/25-27/2024

33.78          usps            9/28/2024                  $59,819.85      Total

| Amount | Vendor/Description | Date | Notes |
|---|---|---|---|
| 9.85 | usps | 10/1/2024 | |
| 19.70 | usps | 10/3/2024 | |
| 2.99 | sscs | 10/3/2024 | |
| 20.90 | usps | 10/10/2024 | |
| 10.25 | sscs | 10/10/2024 | |
| 11.91 | usps | 10/16/2024 | |
| 41.80 | usps | 10/22/2024 | |
| 6.46 | usps | 10/22/2024 | |
| 17.56 | sscs | 1-/22/2024 | |
| 605.00 | u.s. district ct. appeal | 10/22/2024 | Utah |
| 605.00 | u.s. district ct. appeal | 10/22/2024 | Utah |
| 605.00 | u.s. district ct. appeal | 10/25/2024 | Nevada |
| 25.52 | usps | 10/29/2024 | |
| 1.81 | sscs | 10/29/2024 | $61,803.60   Total |
| 10.45 | usps | 11/9/2024 | |
| 9.99 | docket bird | 10/9/2024 | adam lisk order |
| 3.99 | docket bird | 10/9/2024 | |
| 20.90 docket | usps | 11/16/24 | |
| 10.45 | usps | 11/17/24 | |
| 9.82 | sscs | 11.17/24 | |
| 51.06 | NUGGET Reno | 11/19/24 | to file appeal U.S. District Court |
| 46.68 | nugget | 11.19.24 | |
| 24.37 | nugget | 11/20/24 | |
| 11.20 | nuggett | 11/20/24 | |
| 65.16 | star hotel elko | 11/20/24 | trip home |
| 688.50 | milage to/from Reno | 11/20/12 | Millage reimbursement at $.50 per mile |
| 605.00 | check to court to appeal | 11.22.24 | Cost to Appeal |
| 9.47 | sscs | 11/28 | |
| 42.59 | sscs | 11/29/24 | $62,745.62   Total |

| 10.45 | usps | 12/4/2024 | |
| 15.07 | usps | 12/04/2024 | |
| 1.71 | sscs | 12/05/2025 | |
| 20.90 | usps | 12/9/2025 | |
| 10.45 | usps | 12/11/2025 | |
| 15.43 | sscs | 12/11/2025 | |
| 20.00 | Richfield Court copies | 12/17/2025 | $62,819.62    Total |
| 20.90 | usps | 01/02/2025 | |
| 18.91 | usps | 01/04  2025 | |
| 6.98 | sscs | 01/05/2025 | |
| 10.45 | usps | 01/11/2025 | |
| 21.63 | usps | 01/14/2025 | |
| 49.28 | usps | 01/18/2025 | |
| 4/91 | sscs | 01/19/2025 | |
| 605.00 | U.S. Dist. Ct | 1/21/2025 | Appeal in Dist. Ct. Case to the 9th Cir. Ct. of Appeals |
| 44.84 | sscs | 01/22/2025 | |
| 24.54 | usps | 01/23/2025 | |
| 7.79 | sscs | 01/23/2025 | |
| 10.10 | usps | 01/24/2025 | |
| 7.85 | sscs | 01/04/2025 | |
| 6.96 | sscs | 01/24/2025 | |
| 30.30 | usps | 01/25/2025 | $63,684.06    Total |
| 605.00 | ck no 196 | 01/31/2025 | Appeal this was added above the day the check cashed. |
| 12.14 | usps | 02/04/2025 | |
| 5.10 | 2nd dst. Ct. nv | 02/04/2025 | Howell suing me |
| 8.49 | 2nd Dst. Ct. NV | 02/04/2025 | Howell suing me |
| 43.04 | sscs | 02/06/2025 | |
| 10.10 | usps | 02/13/2025 | |
| 25.60 | usps | 02/14/2025 | |

| 4.00 | sscs | 02/15/2025 | | | |
| 20.20 | usps | 02/19/2025 | | | |
| 14.72 | usps | 02/20/2025 | | $64,432.45 | Total |
| 103.30 | usps | 03/06/2025 | | | |
| 169.44 | sscs | 03/12/2025 | copies | | |
| 5.40 | usps | 03/14/2025 | | | |
| 62.85 | usps | 03/19/2025 | | | |
| 66.05 | sscs | 03/19/2025 | | | |
| 54.45 | usps | 03/27/2025 | | | |
| 59.40 | sscs | 03/27/2025 | | 64,953.34 | Total |

| 1,200 | Sup Ct. Appeal | 03/14/2025 | | | |
| 250.00 | Nv S. Ct Writ | 03/18/2025 | | | |
| 19.43 | ssos | 04/20/2025 | | | |
| 20.80 | susp | 04/20/2025 | | | |
| 63.96 | ssos | 04/25/2025 | | | |
| 20.20 | usps | 04/25/2025 | | | |
| 57.45 | usps | 04/14/2025 | | | |
| 92.92 | ssos | 04/15/2025 | scans of pleadings and exhibits | 66,610.10 | Total |

| 5.05 | court copies | 05/07/2025 | | | |
| 2.35 | usps | 05/13/2025 | | | |
| 20.20 | usps | 05/20/2025 | | | |
| 53.95 | sscs | 5/20/2025 | | | |

$27.35 usps money order  05/13/2025.  Money order for CD of hearing case CV-01929 05/13/2025

165.00 starlink  06/24/2025

| 165.00 | starlink | 7/23/2025 | | $67,048.65 | Total |
| 84.90 | usps | 8/1/2025 | | | |
| 11.00 | usps | 8/5/2026 | | | |

165.00  Starlink          0/23/2025

44.00    usps            00/22/2025

251.29 ssos copies      09/11/2025                    67,604.81

29.20 ssos copies       09/14/2025

6.96 usps               09/02/2025

16.96 ssos copies       09/03/2025

617.57 copies for hearing        09/26/2025          68,275.53

25.38 fuel to enter Exhibits Elko  09/15/2025

13.35 fuel to Elko       09/16/2025

80.50    Room Elko to file exhibits        09/16/2025

38.43    fuel elko       09/17/2025

55.13    fuel elko       09/16/2023

38.80 fuel Elko         09/17/2025

40.89    food Wendover 09/17/025

5.56      food Tooele    09/17/2025

55.00    usps            09/23/2025

24.56 ssos              09/23/2025

11.00 usps              09/25/2025                    $68,664.13 Total

648.63 copies of exhibit for Oct 14-16 Hearing    09/01/2025

1,176.00  transcripts 10/14-16/2025 hearing

11.90  usps             10/7/2025

12.10    usps           10/11/2025

15.00 copies 4th Dist Court        10/13/2025

14.12    burger king Elko            10/14/202510/14/2015

10.13    Copies office Max Elko   10/14/2025

61.69    dinner Star Elko            10/13/2025

20.22    coffee mug Elko            10/14/2025

30.84    Star Elko                   10/152025

302.96 Days Inn Elko                10/17/2025

400.00  miles to/back Elko @ .50/mile   10/17/2025          $71,971.69 Total


Does not include costs to file appeal, Suit in Federal Court, Service of Complaints and Sumons and travel

.

# Exhibit 110

# Costs to 12/10/2025