# Exhibit 112.5

# Case 2009-30, 07/27/2023 Report of Elder Abuse to Sevier County Sheriff's Office

```
07/21/23                   Sevier County Sheriff's Office                         869
09:36                          LAW INCIDENT TABLE                        Page:      1

    City                          : SCO AURORA GRID
    Occurred after                : 10:16:04 07/05/2023
    Occurred before               : 10:16:04 07/05/2023
    When reported                 : 10:16:06 07/05/2023
    Date disposition declared     : 07/07/2023
    Incident number               : 2307-089
    Primary incident number       :
    Incident nature               : Complaint
    Incident address              : 1850 S INTERCHANGE RD
    State abbreviation            : UT
    ZIP Code                      : 84620
    Contact or caller             :
    Complainant name number       :
    Area location code            : AUR    Aurora
    Received by                   : AMIE MACART
    How received                  : O Officer Report
    Agency code                   : SCSO Sevier County Sheriff's Office
    Responsible officer           : BRANDT DEATON
    Offense as Taken              :
    Offense as Observed           :
    Disposition                   : RCA Referred to County Attorney
    Misc. number                  :
    Geobase address ID            : 33355
    Long-term call ID             : 963671
    Clearance Code                :
    Judicial Status               :
==========================================================================

INVOLVEMENTS:
  Px   Record #    Date     Description                    Relationship
  ---------------------------------------------------------------------------
  LW   2009-301  09/18/20   Complaint                      Related
  NM     1556               SNYDER, RAYMOND MAX            COMPLAINANT
  CA   963671   07/05/23    10:16 07/05/23 Complaint       *Initiating Call

LAW INCIDENT NARRATIVE:
```

```
07/21/23                    Sevier County Sheriff's Office                        869
09:36                            LAW INCIDENT TABLE                    Page:        2
```

COMPLAINT-AURORA, ACCUSATIONS OF MONEY BEING STOLEN, REVIEWED W/CTY ATT, CIVIL
By Detective Brandt Deaton

---

On 07/05/2023 Raymond Max Snyder came to the Sheriffs Office with a voluntary statement filled out and a stack of papers, Raymond wanted a case number. I observed Raymond sign the voluntary statement, I then signed it and provided him with a copy of this statement.

Reviewing the voluntary statement Raymond accuses his ex-wife Lauara Ann Lisk of stealing $2,000,000 from him and both Lauara's son Adam Lisk and Lauara's attorney are assisting her with covering it up. Raymond continues to accuse them of aiding and abetting and accessories after the fact.

The forms that were provided to me from Raymond appear to be documents filed with the Fourth Judicial District Court in and for Elko County Nevada and other legal documents. It appears from these filings that this issue has been addressed in the Nevada Courts, (see Exhibit 5 starting at page 6, line 25 through page 8 line 11). Reviewing Raymonds voluntary statement that he provided, Raymond admits in this statement that he and his ex-wife Lauara "lent" her son the money. Raymond also acknowledges in his statement that this money was involved in a court case and bankruptcy.

This case is a civil matter where Raymond and his ex-wife Lauara "lent" her son the money. Also, where this has gone through the courts, Raymond will need to contact the courts about any issues he has with the case that went through the court system.

On 07/07/2023 I reviewed this case with the County Attorney.

On 07/07/2023 I contacted Raymond by phone and informed him of these findings. While attempting to tell him these findings, Raymond wanted to argue and brought up a past case. Raymond was informed of these findings but continued to argue then hung up on me.

On 07/07/2023 Raymond called dispatch requesting a return call after he hung up on me. During this conversation Raymond requested that I send him documentation regarding this case. Raymond was informed to come to the Sheriffs Office and fill out a gramma request.

End. BJD.

LAW INCIDENT OFFENSES DETAIL:

```
  Se Offe Offense code                     Arson Dama
  -- ---- ----------------------------     ----------
  1  CITC Citizen Complaint                      0.00
```

LAW INCIDENT RESPONDERS DETAIL:

```
  Se Responding offi  Unit number          Unit number
  -- ----------------  -----------          ------------------------------
  1  BRANDT DEATON     1U12                 DEATON,BRANDT
```

```
07/21/23                 Sevier County Sheriff's Office                        869
09:36                         LAW INCIDENT TABLE                      Page:     3
```

LAW SUPPLEMENTAL NARRATIVE:

```
  Seq Name              Date
  --- ---------------   ------------------
  1   BRANDT DEATON     15:47:44 07/07/2023
```

We are requesting that the County Attorneys office review this case for:

1. X     Review for possible charges.
         Requested charges or disposition:

2.       Review for possible warrant.
         Reason subject cannot be arrested or located:

         Efforts officers have made to locate subject:

Date taken/printed to County Attorney:
07/07/2023

County Attorneys's Office Response

         ___  Decline to prosecute.

         Reason for declination: _____

         ___  Information filed.

         ___  Warrant issued.  (Responsible officer must enter NCIC.)

         ___  More investigation necessary.  See below.

  2   BRANDT DEATON     14:54:24 07/20/2023

SUPPLEMENTAL REPORT
By Detective Brandt Deaton

---

  When reviewing over this case I found that Sgt. Mark Crane took a similar
report from Raymond Snyder about money that was loaned to Mr. Lisk and at that
time Raymond claimed the amount to be repaid was in excess of $1,000,000.  At
the conclusion of that investigation Sgt. Crane also found that this case was a
civil issue.  See supplemental report to case# 2009-301 for further information.

  End. BJD.