# Exhibit 115.

02/13/2025 Attempt to Report Cover-up Elder Abuse to Sevier Co. Sheriff's Office, including the false statements by Adam Lisk in his Reply to his Threat to Shoot me in the 02/11/2025 Case No. 2502-152. Sheriff Curtis and the County Attorney refused to allow complaints anymore



Casey Jewkes <cjewkes@sevier.utah.gov>

# Max Snyder
1 message

**Casey Jewkes** <cjewkes@sevier.utah.gov>  Thu, Feb 13, 2025 at 11:47 AM
To: jared peterson <jaredlpeterson@yahoo.com>

See attached report.

Max filed another report of the same allegations he has provided before. There will be no further investigation into the matter.

Additionally, Max was instructed to file everything through your office which he did not do.

--



**Casey W. Jewkes**
**Sevier County Attorney**
**835 East 300 North**
**Richfield, UT 84701**
(435)896-2675
cjewkes@sevier.utah.gov

📎 Max Snyder.pdf
   120K

```
02/12/25                  Sevier County Sheriff's Office                            754
16:04                     Incident Report for Case   2502-152                Page:    1
Case Numbers:
          Nature: Complaint                     Address: 835 E 300 N; B1
        Location: SCSO                                   RICHFIELD, UT 84701
--------------------------------------------------------------------------------

Offense Codes:
   Received By: Paeton Scott       How Received: T                Agency: SCSO
    Responding: DAN DEMILLE
   Responsible: DAN DEMILLE         Disposition: ACT 02/11/25
 When Reported: 08:50:24 02/ Occurred Between: 08:50:18 02/11/25 and 08:50:18 02/
--------------------------------------------------------------------------------

 Assigned To:                     Detail:               Date Assigned: **/**/**
      Status:                Status Date: **/**/**           Due Date: **/**/**
--------------------------------------------------------------------------------

   Complainant:
          Last:                      First:                   Mid:
           DOB: **/**/**   DL #:                  Address:
          Race:       Sex:     Phone:                City: ,

 OFFENSE CODES
         Reported:
         Observed:

Circumstances

Responding Officers:             Unit:
   DAN DEMILLE                   1U18

Responsible Officer: DAN DEMILLE              Agency: SCSO
        Received By: Paeton Scott      Last Radio Log: 09:32:43 02/11/25 24
      How Received: T Telephone             Clearance:
      When Reported: 08:50:24 02/11/25     Disposition: ACT   Date: 02/11/25
     Judicial Status:                  Occurred between: 08:50:18 02/11/25
         Misc Entry:                                and: 08:50:18 02/11/25

Modus Operandi:         Description:                    Method:

--------------------------------------------------------------------------------
Involvements
Date         Type       Description                 Relationship
```

```
02/12/25                Sevier County Sheriff's Office                      754
16:04                   Incident Report for Case   2502-152         Page:     2
```

Narrative

COMPLAINT-AURORA, ONGOING COMPLAINT OF MONEY OWED
BY Deputy Dan Demille
_____

Dispatch advised of a complaint at the Sheriff's Office.  I responded and met
with Max Snyder in the lobby.  He had some paperwork and a thumb drive to give
to us.  His complaint stated that due to his ex wife, her family and their
lawyers lied in court about loans owed to Max.  Max states in the paperwork
given that he is owed over $2.300.000.00.  He is requesting that the attorneys
named in the paperwork, have their licenses canceled and criminal charges files
against these individuals.  This is said to protect Max and recover the funds
that they stole from him.

I will be turning this case over to Detectives, due to this being an ongoing
situation that they are aware of.

EOR, DD

_____
Responsible LEO


_____
Approved by


_____
Date