1
2
3
4

Raymond Max Snyder
PO Box 69
Aurora, Utah 84620
Phone: 801-641-6844
maxsnyder@yahoo.com

5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7

8    RAYMOND MAX SNYDER

9           Plaintiff,

CASE NO. 3:25-CV-00751

10   vs.

11   THE STATE OF NEVADA, for allowing the
12   defendant judges, courts, and private party
     defendants to violate Plaintiff's Civil Rights.
13

REQUEST TO SET A SCHEDULING
CONFERENCE.

14   JUDGE KRISTON N. HILL, Individually
     and in Her Official Capacity as Justice of
15   The Fourth Judicial District Court, of Elko
16   County, Nevada,

17   JUDGE TAMMY RIGGS, Individually and
     in Her Official Capacity as Justice of The
18   Second Judicial District Court, of Elko
     County, Nevada,
19

20   FOURTH JUDICIAL DISTRICT COURT,
     Clerks Office
21   Elko County, Nevada,

22   FOURTH JUDICIAL DISTRICT COURT,
23   Elko County, Nevada,

24   FOURTH JUDICIAL DISTRICT COURT,
     Attorney, Megan Smith
25   Elko, County Nevada

26

27

28   COMPLAINT AND JURY DEMANDED FOR SUMS CERTAIN, FOR PUNITIVE DAMAGES, TO SET ASIDE
     THE DIVORCE DECREE FOR FRAUD, FOR PAST AND FUTURE COSTS AND PAST AND FUTURE
     ATTORNEY FEES, AND FOR A NEW TRIAL - 1

1  SECOND JUDICIAL DISTRICT COURT.
   Washoe County, Nevada,
2

3  THE NEVADA SUPREME COURT
   Washoe County, Nevada,
4

   THE NEVADA STATE BAR
5  Clark County, Nevada

6
   THE UTAH STATE BAR
7  Salt Lake County, Utah,

8  And collectively,

9  Shawn B. Meador, Jose Tafoya, Seth
   Adams, Woodburn & Wedge, Lauara Ann
10 Lisk, et al, The WW Defendants.

11 And collectively

12
   Matthew Howell R. Howell, Fillmore
13 Spencer, The Fillmore Spencer Defendants

14 And collectively,

15
   Debra M. Amens, Amens Law, Ltd., The
16 Amens Defendants.

17 The Nevada Judicial Commission,

18 The Nevada State Bar,

19 The Utah State Bar.

20
   Nathan Curtis, Sevier County Sheriff,
21 Richfield, Utah

22 And

23 John and Jane Does 1 through 10

24          Defendant(s)

25

26

27

28 COMPLAINT AND JURY DEMANDED FOR SUMS CERTAIN, FOR PUNITIVE DAMAGES, TO SET ASIDE
   THE DIVORCE DECREE FOR FRAUD, FOR PAST AND FUTURE COSTS AND PAST AND FUTURE
   ATTORNEY FEES, AND FOR A NEW TRIAL - 2

1.  **PRELIMINARY MATTERS:**

    a.  This is a Civil Rights Claim and an elder exploitation Claim against Defendants.

    b.  This case is referred to a magistrate judge, under 636(b)(1)(A), Plaintiff requests reassignment to a district judge.

    c.  Pursuant to Fed. R. Civ. P. 26(f) a meeting has not been held.

    d.  Plaintiff has provided extensive documentation to the Court and to Defendants. Further discovery pursuant to Rule 26(a)(1) will only waste the time and resources of the parties and the Court.

    e.  Plaintiff has filed an Amended Complaint and Memorandum in Support of Motion for Summary Judgment Pursuant to NRCP and FRCP Rule 56 and Motion for Default Judgment pursuant to NRCP and FRCP Rule 55(B) Against all Defendants and for Damages.

2.  **MEET AND CONFER:**

    a.     Prior to filing a motion for summary judgment, parties are required to engage in a meet-and-confer process. This requirement is designed to promote communication between opposing parties and potentially resolve issues without court intervention. Local Rule 26-1 mandates that parties discuss the substance of the motion and any potential resolution options, which can also include narrowing the issues in dispute. Compliance with this pre-filing requirement not only demonstrates professionalism but may also lead to more efficient judicial proceedings.

COMPLAINT AND JURY DEMANDED FOR SUMS CERTAIN, FOR PUNITIVE DAMAGES, TO SET ASIDE THE DIVORCE DECREE FOR FRAUD, FOR PAST AND FUTURE COSTS AND PAST AND FUTURE ATTORNEY FEES, AND FOR A NEW TRIAL - 3

b.      Plaintiff proposes that all parties submit dates they are available for a meet

and confer, allowing for one to be set at the earliest date. Plaintiff's schedule is flexible.

DATED this 9th day of January 2026.

/s/ Raymond Max Snyder
Raymond Max Snyder

## DECLARATION OF RAYMOND MAX SNYDER

I, Raymond Max Snyder, swear upon oath and state the following:

1.      I am the Claimant in the above action.

2.      I prepared the foregoing,

3.       I hereby certify that all statements in the motions to the divorce court, the

allegations in all pleadings, including the Writs of Mandamus, and the complaints against

Defendants and the damages cited therein are true. I further state that all documents,

including emails, are accurate and authentic. I have examined this Declaration and hereby

affirm its contents to the best of my knowledge to be true and correct.

Dated this 9th day of January 2026.

/s/ Raymond Max Snyder
Raymond M Snyder

COMPLAINT AND JURY DEMANDED FOR SUMS CERTAIN, FOR PUNITIVE DAMAGES, TO SET ASIDE
THE DIVORCE DECREE FOR FRAUD, FOR PAST AND FUTURE COSTS AND PAST AND FUTURE
ATTORNEY FEES, AND FOR A NEW TRIAL - 4

1

2
## CERTIFICATE OF SERVICE

3
       I hereby certify that on January 9, 2026, I sent a copy of the foregoing

4
to the defendants listed below, the Clerk of the Court also sent it to all through the
CM/ECF system, to all defendants and defendant attorneys.

5

6
       U.S. District Court, District of Nevada, reno-public-docketing@nvd.us.courts.gov
Collectively:

7
       Judge Kriston N. Hill,  fourjdc1@elkocountynv.net ,
       Fourth Judicial District Court,  fourjdc1@elkocountynv.net,

8
       Fourth Judicial District Court Clerk's Office,  fourjdc1@elkocountynv.net

9
       Megan Smith, Fourth District Court Attorney, fourjdc1@elkocountynv.net
Collectively:

10
       Second Judicial District Court, Elko, NV,  caity.skill@washoecourts.us

11
       Judge Tammy Riggs, 2nd Judicial District Court, NV,  caity.skill@washoecourts.us
Collectively:

12
       Lauara Ann Lisk,  info@woodburnandwedge.com

13
       Shawn B. Meador,  info@woodburnandwedge.com
       Jose A. Tafoya,  info@woodburnandwedge.com

14
       Seth Adams,  info@woodburnandwedge.com

15
       Woodburn & Wedge, info@woodburnandwedge.com
Collectively:

16
       Matthew Howell,  mhowell@flaw.com

17
       Fillmore Spencer,  mhowell@flaw.com
Collectively:

18
       Debra Amens,  debra@amenslawfirm.com

19
       Amens Law Ltd.,  debra@amenslawfirm,com
Collectively:

20
       Nevada Commission on Judicial Discipline, NCJDinfo@Judicial.nv.gov

21
       The State of Nevada,  NCJDinfo@Judicial.nv.gov

22
       State Bar of Nevada,  Admissions@nvbar.org

23
       Nevada Supreme Court,  nvscclerk@nvcourts.nv.gov
       Utah State Bar,  info@utahbar.org

24
       Nathan Curtis, Sevier County Sheriff,  ncurtis.scso@hotmail.com

25
       DATED this 9th of January 2026.

26

27
                    /s/ *Raymond Max Snyder*
                    Raymond Max Snyder

28
COMPLAINT AND JURY DEMANDED FOR SUMS CERTAIN, FOR PUNITIVE DAMAGES, TO SET ASIDE
THE DIVORCE DECREE FOR FRAUD, FOR PAST AND FUTURE COSTS AND PAST AND FUTURE
ATTORNEY FEES, AND FOR A NEW TRIAL - 5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT AND JURY DEMANDED FOR SUMS CERTAIN, FOR PUNITIVE DAMAGES, TO SET ASIDE
THE DIVORCE DECREE FOR FRAUD, FOR PAST AND FUTURE COSTS AND PAST AND FUTURE
ATTORNEY FEES, AND FOR A NEW TRIAL - 6