STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 2:34 PM

2. Serving the Defendant, Nevada Supreme Court by personally delivering and leaving a copy with Margarita Bautista (Front Desk) , a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 201 South Carson, Carson City, Nevada 89701 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

[signature]

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

[signature]

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 7th day of January 2026, by: Dustin E. Grate @ 1:30 PM

2. Serving the Defendant, Honorable Tammy M. Riggs by personally delivering and leaving a copy with Kathryn Crawford- Court Clerk to Hon. Tammy Riggs, a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 75 Court Street Reno, Nevada 89501 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

[signature]

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

7th day of January, 2026

[signature]

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 12:00 PM

2. Serving the Defendant, 2nd Judicial District Court by personally delivering and leaving a copy with Alicia Lerud (Front Desk) , a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 75 Court Street Reno, Nevada 89521 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

[signature]

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

[signature]

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 11:30 AM

2. Serving the Defendant, Nevada State Bar by personally delivering and leaving a copy with Justin Williams (Front Desk), a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 9456 Double R Blvd. Reno, Nevada 89521 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

[signature]

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

[signature]

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 11:11 AM

2. Serving the Defendant, Jose Tafoya of Woodburn and Wedge by personally delivering and leaving a copy with Callie Adams (Front Desk), a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 6100 Neil Road, Suite 500, Reno, Nevada 89505 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

[signature]

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

[signature]

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 11:11 AM

2. Serving the Defendant, Sean Meador of Woodburn and Wedge by personally delivering and leaving a copy with Callie Adams (Front Desk), a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 6100 Neil Road, Suite 500, Reno, Nevada 89505 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 11:11 AM

2. Serving the Defendant, Seth Adams of Woodburn and Wedge by personally delivering and leaving a copy with Callie Adams (Front Desk), a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) 6100 Neil Road, Suite 500, Reno, Nevada 89505 with ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027

STATE OF NEVADA }

} ss. AFFIDAVIT OF SERVICE

COUNTY OF WASHOE }

**Case No.: 3:25-cv-00751**

I, Dustin E. Grate, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interest in the proceeding in which this affidavit is made. That affiant received 1 copy(ies) of the: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive*** on the 22nd day of December 2025, and served the same on the 23rd day of December 2025, by: Dustin E. Grate @ 3:59 PM

1. Delivering and leaving a copy with the Defendant, Woodburn and Wedge at (state address 6100 Neil Road, Suite 500, Reno, Nevada 89505 with: ***Summons in a Civil Action, Complaint and Jury Demand for Sums Certain, For Punitive Damages, to Set Aside the Divorce Decree for Fraud, for Past and Future Costs and Past and Future Attorney's Fees, and for a New Trial and Flash Drive***

Signature of person making service

Dustin E. Grate

***Grate Detections LLC*** P.I. # 1782

SUBSCRIBED AND SWORN to before me this

23rd day of December, 2025

NOTARY PUBLIC in and for the said County and State

COURTNEY SCROTTISH
Notary Public - State of Nevada
Appointment No. 23-4142-02
My Appointment Expires 06/23/2027