# EXHIBIT 14
# Utah District Court, Order Filed February 13, 2024, Re Four Pending Cases

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RAYMOND MAX SNYDER,<br>Plaintiff,<br>v.<br>JUDGE MARVIN BAGLEY, et al.,<br>Defendants. | ORDER<br><br>Case No. 4:23-cv-00007-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |
| RAYMOND MAX SNYDER,<br>Plaintiff,<br>v.<br>SIXTH JUDICIAL DISTRICT COURT, et al.,<br>Defendants. | Case No. 4:23-cv-00008-DN-PK |
| RAYMOND MAX SNYDER,<br>Plaintiff,<br>v.<br>JUDGE ALEX GOBLE, et al.,<br>Defendants. | Case No. 4:23-cv-00056-DN-PK |

| | |
|---|---|
| RAYMOND MAX SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>FOURTH JUDICIAL DISTRICT COURT et al.,<br><br>Defendants. | Case No. 4:24-cv-00002-DN-PK |

Pursuant to DUCivR 5-1(b)(1)(A)(vii), Plaintiff's ability to file by email is hereby revoked as that privilege has been abused. Plaintiff must file any documents by paper filing and must comply with the requirements of DUCivR 5-1(d). The Court will not consider or address any documents submitted by email. Any documents submitted by paper filing will be lodged and will not be considered except to the extent they relate to the pending motions for attorney's fees. Plaintiff may continue to receive electronic notification of case activity.

SO ORDERED.

DATED this 13th day of February, 2024.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge