# EXHIBIT 17
# Sixth Judicial District Court, Utah, Snyder v. Snyder, Order Declaring R. Snyder a Vexatious Litigant Filed April 12, 2023

**The Order of the Court is stated below:**
**Dated:** April 12, 2023 **/s/** JARED ELDRIDGE
11:35:06 AM District Court Judge

JUSTIN D. HEIDEMAN (USB #8897)
**HEIDEMAN & ASSOCIATES**
2696 N. University Ave., Suite 180
Provo, Utah 84604
Tel: (801) 472-7742
Fax: (801) 374-1724
Email: jheideman@heidlaw.com
*Attorney for Defendants Justin D. Heideman and Heideman and Associates*

**IN THE FOURTH JUDICIAL DISTRICT COURT**
**IN AND FOR UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| RAYMOND MAX SNYDER, an individual;<br><br>*Plaintiff,*<br><br>v.<br><br>JUSTIN D. HEIDEMAN, an individual; THOMAS R. MCCOSH, an individual; and HEIDEMAN & ASSOCIATES, a Utah Limited Liability Company;<br><br>*Defendants.* | **ORDER DECLARING RAYMOND MAX SNYDER A VEXATIOUS LITIGANT**<br><br>Case No.: 220300136<br><br>Judge: Jared Eldridge |

THIS MATTER came before the Court on Tuesday, March 21, 2023. Several motions have been made by Defendants, including an *omnibus* briefing. Notwithstanding the combined nature of some briefs, the Court heard only the Defendant's motion to declare Plaintiff a vexatious litigant, and reserves its ruling on all other pending motions.

Having been advised of the premises of Defendants' motion to declare Plaintiff a vexatious litigant, the Court FINDS, CONCLUDES AND ORDERS as follows:

## FINDINGS FACT AND CONCLUSIONS OF LAW

**1.** The Court FINDS that an order was entered by the Honorable Robert Faust in the case *Laura Ann Snyder v. Raymond Max Snyder*, Case Number 206600609, Sixth Judicial District, State of Utah, on January 10, 2023 (hereinafter the "January 10th Order").

**2.** The Court FINDS that Judge Faust's January 10th Order makes certain Findings and Conclusions regarding Raymond Max Snyder's conduct in that case, including attempts to re-litigate the same issues on multiple occasions, the filing of unmeritorious motions and engaging in frivolous tactics. Based on such conduct, Judge Faust found plaintiff to be a vexatious litigant for purposes of Rule 83 of the Utah Rules of Civil Procedure.

**3.** Rule 83(j) of the Utah Rules of Civil Procedure states as follows: "After a court has issued a vexatious litigant order, any other court may rely upon that court's findings and order its own restrictions against the litigant" as provided in Utah R. Civ. P. 83(b).

**4.** Pursuant to Rule 83(j) of the Utah Rules of Civil Procedure, this Court relies on the findings of fact and conclusions of law stated by Judge Faust in the January 10th Order and finds Plaintiff Raymond Max Snyder by clear and convincing evidence to be a vexatious litigant for purposes of the present case.

**5.** Utah R. Civ. P. 83(b) states that the Court may enter an order requiring a vexatious litigant to:

> **(1)** furnish security to assure payment of the moving party's reasonable expenses, costs and, if authorized, attorney fees incurred in a pending action;

**(2)** obtain legal counsel before proceeding in a pending action;
**(3)** obtain legal counsel before filing any future claim for relief;
**(4)** abide by a prefiling order requiring the vexatious litigant to obtain leave of the court before filing any paper, pleading, or motion in a pending action;
**(5)** abide by a prefiling order requiring the vexatious litigant to obtain leave of the court before filing any future claim for relief in any court; or
**(6)** take any other action reasonably necessary to curb the vexatious litigant's abusive conduct."

**6.** Without reaching the merits of the underlying action and without deciding any dispositive motions now before the Court, the Court FINDS by clear and convincing evidence that there is no reasonable probability that Raymond Max Snyder will prevail on this claim.

**7.** The Court FINDS that it is necessary and appropriate to impose restrictions on Plaintiff under Utah R. Civ. P. 83(b)(2)-(3) so as to require Plaintiff to obtain legal counsel before proceeding any further in this action for filing any future claims for relief.

**8.** Attorneys are bound by the restrictions set forth in Utah R. Civ. P. 11. Because Utah R. Civ. P. 11 will provide a remedy to Defendants in this action if the rule is violated, court approval and prefiling orders will not be required prior to Plaintiff – through an attorney – filing any papers, pleadings, motions, or future claims for relief. For this reason, relief under Utah R. Civ. P. 83(b)(4) and (5) is not necessary.

**9.** However, if filings are later submitted that appear to be abusive in nature, or would otherwise violate vexatious litigant rules or court Orders, the Court shall reach those matters in the future and may consider imposing a prefiling order, if the Court later deems one necessary.

**10.** Expenses, costs and attorney fees have been incurred by Defendants as a result of Plaintiff's filings in this case.

**11.** Defendants have requested that a security in the form of a bond be posted to assure payment of reasonable expenses, costs and, if authorized, attorney fees incurred in a pending action.

**12.** URCP 83(c)(3) states: "The court shall identify the amount of the security and the time within which it is to be furnished. If the security is not furnished as ordered, the court shall dismiss the vexatious litigant's claim with prejudice." This Court reads this section to be permissive and not as a mandatory duty to require a bond. As such, the Court will not presently require Plaintiff to post a bond.

Based upon the above findings and conclusions, the Court ORDERS:

**ORDER**

**A.** Defendants' motion to declare Plaintiff Raymond Max Snyder a vexatious litigant is **GRANTED,** as set forth herein.

**B.** In accordance with Utah R. Civ. P. 83(b)(2), Plaintiff is required to obtain an attorney, licensed in the State of Utah, to represent him before proceeding in this action.

**C.** In accordance with Utah R. Civ. P. 83(b)(3), Plaintiff is required to obtain an attorney, licensed in the State of Utah, before filing any future claim for relief in this court.

**D.** Plaintiff is required to obtain an attorney to represent him in the instant action within 90 days from the March 21, 2023 hearing. Specifically, Plaintiff shall be

required to obtain an attorney to represent him in this action on or before Monday, June 19, 2023.

**E.** The Clerk of Court is directed to REJECT any papers, pleadings, motions, future requests for relief, or other filings, however designated, that Raymond Max Snyder attempts to submit to this Court, unless those documents bear the signature of an attorney who is licensed to practice in the State of Utah, as required by Utah R. Civ. P. 11(a).

**F.** Defendants' request for a bond, or other form of security, is presently DENIED.

**G.** The Court reserves its decision on Defendants' other requests for relief, including without limitation Defendants' dispositive motions under Rules 12 and 56, as well as Defendants' requests for an award of costs, expenses, or attorney's fees.

**H.** If Plaintiff fails to obtain counsel to represent him in this action within 90 days, Defendants may submit a motion seeking dismissal of the action on the additional grounds of Plaintiff's non-compliance with this order.

**** ENTERED BY THE COURT ON THE DATE AND AS INDICATED BY THE COURT'S SEAL AT THE TOP RIGHT-HAND CORNER OF THE FIRST PAGE ****

APPROVED AS TO FORM:

DOES NOT APPROVE AS TO FORM
Plaintiff Raymond Max Snyder , *Pro Se*

APPROVED AS TO FORM:

/s/ Gary Guelker
Gary Guelker, Attorney for Defendant Thomas McCosh

APPROVED AS TO FORM:

/s/Justin D. Heideman
Defendant Justin D. Heideman, *Pro Se*
Justin D. Heideman, Attorney for Defendant Heideman & Associates

## CERTIFICATE OF SERVICE

On this April 11, 2023, I hereby certify a true and correct copy of the foregoing: **ORDER DECLARING RAYMOND MAX SNYDER A VEXATIOUS LITIGANT** was served on the following parties in the manner designated:

| Party/Attorney | Method |
|---|---|
| Raymond Max Snyder<br>Plaintiff<br>maxsnyder@yahoo.com<br>max.s65@yahoo.com | __ Hand Delivery<br>__ U.S. Mail, postage prepaid<br>X E-mail<br>__ Fax Transmission<br>__ Electronic Filing Notice |
| Defendant Thomas R. McCosh<br>Via Legal Counsel Gary Guelker<br>gguelker@rlattorneys.com | __ Hand Delivery<br>__ U.S. Mail, postage prepaid<br>X E-mail<br>__ Fax Transmission<br>__ Electronic Filing Notice |

HEIDEMAN AND ASSOCIATES
*/s/ Jaysha Thompson*
JAYSHA THOMPSON
Legal Assistant