# EXHIBIT 21
# Sixth Judicial District Court, Utah, Snyder v. Snyder, Request to Register a Foreign Judgment Filed December 2, 2020

Matthew R. Howell (6571)
FILLMORE SPENCER, LLC
3301 N. University Avenue
Provo, Utah 84604
Tel: (801) 426-8200
mhowell@fslaw.com

Attorneys for Lauara Ann Snyder

IN THE SIXTH DISTRICT COURT IN AND FOR

SEVIER COUNTY, STATE OF UTAH

| | |
|---|---|
| LAUARA ANN SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND MAX SNYDER,<br><br>Defendant. | REQUEST TO REGISTER A FOREIGN JUDGMENT<br><br>Civil No. ________________<br><br>Judge ________________ |

COMES NOW, Plaintiff LAUARA ANN SNYDER, by and through its undersigned counsel, and requests the following:

1. The Judgment entered by the Fourth Judicial District Court in and for Elko, Nevada, and contemporaneously filed herewith in this matter be registered under the Utah Foreign Judgment Act, Utah Code Ann, § 78B-5-301 et seq., which provides the Court the necessary jurisdiction.

2. This request is supported by the Declaration of Matthew R. Howell previously filed in support of such registration.

3. This request is accompanied by a proposed Notice of Registration of Foreign Judgment.

DATED this 1st day of December, 2020.

FILLMORE SPENCER, LLC

/s/ Matthew R. Howell

Matthew R. Howell
3301 N. University Avenue
Provo, Utah 84604

Attorneys for Lauara Ann Snyder

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2020, I served a true and correct copy of the foregoing REQUEST TO REGISTER A FOREIGN JUDGMENT by U.S. mail, postage prepaid, to each of the following:

RAYMOND MAX SNYDER
P.O. Box 69
Aurora, UT 84620

/s/ Matthew R. Howell