Raymond Max Snyder
PO Box 69
Aurora, Utah 84620
Phone: 801-641-6844
maxsnyder@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND MAX SNYDER

     Plaintiff,

vs.

THE STATE OF NEVADA, for allowing the defendant judges, courts, and private party defendants to violate Plaintiff's Civil Rights.

JUDGE KRISTON N. HILL, Individually and in Her Official Capacity as Justice of The Fourth Judicial District Court, of Elko County, Nevada,

JUDGE TAMMY RIGGS, Individually and in Her Official Capacity as Justice of The Second Judicial District Court, of Elko County, Nevada,

FOURTH JUDICIAL DISTRICT COURT, Clerks Office
Elko County, Nevada,

FOURTH JUDICIAL DISTRICT COURT, Elko County, Nevada,

FOURTH JUDICIAL DISTRICT COURT, Attorney, Megan Smith
Elko, County Nevada

SECOND JUDICIAL DISTRICT COURT. Washoe County, Nevada,

THE NEVADA SUPREME COURT Washoe County, Nevada,

CASE NO. 3:25-CV-00751-MMD-CSD

ORDER GRANTING

PLAINTIFF'S MOTION FOR A ZOOM MEETING FOR THE FEBRUARY 27, 2026 MEET AND CONFER ORDERED BY THE COURT

THE NEVADA STATE BAR
Clark County, Nevada

THE UTAH STATE BAR
Salt Lake County, Utah,

And collectively,

Shawn B. Meador, Jose Tafoya, Seth Adams, Woodburn & Wedge, Lauara Ann Lisk, et al, The WW Defendants.

And collectively

Matthew Howell R. Howell, Fillmore Spencer, The Fillmore Spencer Defendants

And collectively,

Debra M. Amens, Amens Law, Ltd., The Amens Defendants.

The Nevada Judicial Commission,

The Nevada State Bar,

The Utah State Bar.

Nathan Curtis, Sevier County Sheriff, Richfield, Utah

And

John and Jane Does 1 through 10

Defendant(s)

On January 26, 2026, the Court ordered a February 27, 2026, Meet and Confer conference between the parties. Pursuant to my age and health, I am requesting a Zoom conference to be set up by one of the parties familiar with this process.

DATED this 31st day of January 2026.

/s/ Raymond Max Snyder
Raymond Max Snyder

**DECLARATION**

I hereby declare under penalty of perjury under the laws of the United States and the States of Utah and Nevada that the foregoing is true to the best of my knowledge.

DATED this 26th day of January 2026.

/S/ Raymond Max Snyder
Raymond Max Snyder

IT IS SO ORDERED.

DATED: February 3, 2026.

Craig S. Denney
U.S. Magistrate Judge